In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, Respondent, for a Peremptory Writ of Mandamus against MILO R. MALTBIE, as Chamberlain of the City of New York, Appellant.

*Matter of People of State of N. Y.* v. *Maltbie,* 184 App. Div. 743, affirmed.

(Argued April 10, 1919; decided April 29, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1918, which unanimously affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the chamberlain of the city of New York " to forthwith pay over and transfer to the treasurer of the state of New York any and all sums of money belonging to intestate estates paid into court pursuant to the provisions of the Revised Statutes of the state of New York, part II, chapter 6, title 6, article first, and successor statutes, including chapter 230 of the Laws of 1898, which sums of money have remained in the hands of the city chamberlain of the city of New York for a period of twenty years, after deducting therefrom his legal fees; and the said chamberlain of the city of New York, on making such payment and transfer, shall furnish to the state comptroller and to the state treasurer, each, a certificate under his hand and official seal showing in detail for each intestate account the title, the ledger and register folio and page, the date when funds were received by the city chamberlain and the amount thereof, for whom deducted as best known, the amount of fees deducted, and the amount transferred to the state treasurer."

*William P. Burr, Corporation Counsel (Terence Farley* and *William A. Walling* of counsel) for appellant.

*Charles D. Newton, Attorney-General (C. T. Dawes* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.